IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00056-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWIGHT A. PEEBLES JR (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion Regarding Restitution. (Doc. No. 78).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 71: Judgment at 5). The parties have now timely proposed a list of victims and losses, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 78: Motion at 1; Doc. No. 65: Statement of Restitution).

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the parties' motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case, (Doc. No. 71), shall be amended to include a final restitution figure of $ 3,125,208.95 in the amounts listed in the Statement of Restitution, (Doc. No. 65). Any payment that is not payment in full shall be divided proportionately among the victims named. The defendant is jointly and severally liable with Amrish D. Patel, (3:22CR000-56-001). The Court gives notice that this

case may involve other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. It is further ordered that the victims' recovery is limited to the amount of their loss and the defendants' liability for restitution ceases if and when the victims receive full restitution.

All other terms of the original Judgment, (Doc. No. 71), remain unchanged.

The Clerk is directed to certify copies of this order to the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: September 29, 2022

Robert J. Conrad, Jr.
United States District Judge