UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-00056-RJC-SCR

| USA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DWIGHT A. PEEBLES JR (2) | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for permission to travel to the Eastern and Western Districts of North Carolina without prior approval from the supervising Probation Office in the Middle District of North Carolina. (Doc. No. 116). Neither the United States Attorney's Office nor the United States Probation Office opposes the request.

For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and Supervision Condition Seven in the Amended Judgment, (Doc. No. 82), is amended to allow the defendant to travel to the Eastern and Western Districts of North Carolina without prior approval from the supervising Probation Office in the Middle District of North Carolina. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 28, 2024

Robert J. Conrad, Jr.
United States District Judge